# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
WILLIAM H. SMITH
19 Marion Rd
Bedford, MA 01730

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1410-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 2, 2004, in Middlesex county, in the United States District of Massachusetts, defendant did, within the boundaries of Hanscom Air Force Base, Massachusetts, knowingly operate a motor vehicle while under the influence of intoxicating liquor, in violation of Chapter 90 of the Massachusetts General Law, Section 24, as assimilated through Title 18 United States Code, Section 13, _hert with the maximum penalty not to exceed one (1) year_.

I further state that I am a base Security Forces officer, and that this complaint is based on the following facts: (The facts contained in the affidavit which is attached hereto.)

Continued on the attached sheet and made a part hereof    X Yes    No

Signature of Complainant
Aaron M. Reed, A1C, Security Forces Officer

Sworn to before me and subscribed in my presence,

17 November 2004          at   Hanscom AFB, MA
Date                            City and State


CHARLES B. SWARTWOOD, III, U.S. Magistrate
Name & Title of Judicial Officer          Signature of Judicial Officer