# UNITED STATES DISTRICT COURT

DISTRICT OF
MASSACHUSETTS

UNITED STATES OF AMERICA
V.
WILLIAM H. SMITH
19 Marion Rd
Bedford, MA 01730

## AFFIDAVIT

CASE NUMBER:  04-1410-CBS

I, Aaron M. Reed, A1C, USAF, 66th Security Forces, Hanscom AFB, MA, depose and say as follows:

1. I make this affidavit of my own personal knowledge.

2. In my capacity as an HAFB Security Forces Officer, I detained Defendant WILLIAM H. SMITH on or about 2 October 2004, for possible violations of 18 U.S.C. 13 (the Assimilated Crimes Act) and Mass. Gen. L. ch. 90, 24 (driving while under the influence of intoxicating liquor).

3. On or about 2 October 2004, at approximately 0015, I, while conducting base entry point checks, I stopped a red 2002 Pontiac Grand Am, Massachusetts license number 2483KD, operated my Mr. Smith. I noticed a strong odor of alcohol coming from Mr. Smith. I instructed Mr. Smith to open all the doors and compartments of his vehicle, a task which he had great difficulty in accomplishing. I had to remind Mr. Smith of his task numerous times, and he still failed to open both passenger-side doors. After examining the vehicle, I confronted Mr. Smith and asked him where he was coming from, as I smelled alcohol on his breath. He stated that he had gone to the enlisted club after work.

4. I asked Mr. Smith if I could administer field sobriety tests to him. Mr. Smith agreed to the battery of tests, and stated that he did not have any condition which would hinder him from taking the tests. The first test I administered to Mr. Smith was the one-legged stand. Mr. Smith was unstable throughout this test, and had difficulty counting. Mr. Smith dropped his foot four times, at which point I terminated the test. The second test I administered was the walk and turn test, which I demonstrated to Mr. Smith. While taking the test, Mr. Smith walked very quickly, and could not coordinate his counting with his steps. Mr. Smith was off-balance, and did heal-to-toe on approximately three out of 25 steps, taking 12 steps up and 13 steps back before I terminated this test.

5. After terminating the field sobriety tests, I detained Mr. Smith and transported him to the Bedford Police Station. Mr. Smith declined to sign the implied consent form because he stated he did not understand it and wanted a lawyer present. I transported Mr. Smith back to Hanscom AFB to finish necessary paperwork. Mr. Smith refused to sign any paperwork, again stating because he did not understand in and wanted a lawyer. Mr. Smith did sign the suspension of driving privileges letter. I then turned Mr. Smith over to MIT security for transportation back to his residence.

Aaron M. Reed, A1C
66TH SECURITY FORCES, HANSCOM AFB, MA

Subscribed and sworn to before me this 17 day of November 2004, at Hanscom AFB, MA.

Case 4:04-mi-01410-CBS    Document 2    Filed 11/17/2004    Page 2 of 2

CHARLES B. SWARTWOOD, III
United States Magistrate