# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
**WILLIAM H. SMITH**
19 Marion Rd
Bedford, MA 01730

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 04-1410-CBS

YOU ARE HEREBY SUMMONED to appear before the UNITED STATES DISTRICT COURT at the place, date and time set forth below.

Place: UNITED STATES MAGISTRATE COURT
20 SCHILLING CIRCLE
HANSCOM AFB MA 01731-2125

Room Building 1305, Second Floor Courtroom

Date and Time
10 February 2005; 2:00 p.m.

Before:

To answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __13__

Brief description of offense: Driving while under the influence of intoxicating liquor

**TO THE DEFENDANT:** Failure to appear will result in the issuance of a warrant for your arrest.

You will receive two copies of this notice - one by regular mail and one by certified mail.

CHARLES B. SWARTWOOD, III
U.S. Magistrate Judge

17 November 2004
Date

MICHELE PAGE

CC: AUSA and Defendant