AO 245H    (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
        Sheet 1

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|

**V.**

W illiam H . Sm ith

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER:  04-1410-CBS

USM NUMBER:

Lawrence Cote
_____
Defendant's Attorney

## THE DEFENDANT:

☑  THE DEFENDANT pleaded guilty to count(s)    _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| Title 18 Section 13 | █████ | 11/2/2004 | ███ |
| █████ | █████ | █████ | ███ |

☐  Count(s) _____ ☐ is  ☐ are   dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 15.00 | $ 500.00 |

| | |
|---|---|
| Defendant's Soc. Sec. No.:    1934 | 3/10/2005 |
| Defendant's Date of Birth:   1947 | Date of Imposition of Judgment |
| | Signature of Judge |
| Defendant's Residence Address: | |
| 19 Marion Road | Charles B. Swartwood        Chief Magistrate Judge |
| Bedford, MA 01730 | Name of Judge           Title of Judge |
| | 3/14/2005 |
| Defendant's Mailing Address: | Date |
| 19 Marion Road | |
| Bedford, MA 01730 | |